IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASWELL FENTON,

    Plaintiff,

v.                                        CASE NO.  4:14cv641-RH/CAS

SECTION 893.135 FLORIDA STATUES,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's amended report and recommendation, ECF No. 12.  No objections have been filed.  Upon consideration,

    IT IS ORDERED:

The amended report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "This case is DISMISSED without prejudice."  The clerk must close the file.

    SO ORDERED on June 15, 2015.

                                          s/Robert L. Hinkle
                                          United States District Judge